UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN GARCIA DIAZ,           )<br>                              )<br>     Petitioner,            )<br>                              )<br>v.                            )<br>                              )<br>CRAIG FARWELL, et al.,       )<br>                              )<br>     Respondents.           )<br>_____) | 03:04-CV-00527-LRH-VPC<br><br>ORDER |

Presently before the court are several motions. First, Respondents have filed a Motion for Enlargement of Time (# 35[1]). Respondents seek up to and including July 19, 2007, in which to file and serve their answer to Petitioner's petition for writ of habeas corpus. Second, Respondents have filed a Motion to File a Pleading in Excess of Thirty Pages (# 36). Finally, Petitioner has filed a Motion for Enlargement of Time (# 38) in which to file and serve an opposition to Respondents' pending motion to dismiss.

Good cause shown, IT IS HEREBY ORDERED that Respondents' Motion to File a Pleading in Excess of Thirty Pages (# 36) is GRANTED.

IT IS FURTHER ORDERED that Petitioner's Motion for Enlargement of Time (# 38) is hereby GRANTED. Petitioner shall have up to and including November 2, 2007, in which to file

---

[1] Refers to the court's docket number.

and serve his opposition to Respondents' motion to dismiss.

IT IS FURTHER ORDERED that Respondents' Motion for Enlargement of Time (# 35[2]) to file an answer is hereby DENIED as moot as Respondents have since filed a Motion to Dismiss (# 37). Respondents' Motion to Dismiss will be treated as timely.

IT IS SO ORDERED.

DATED this 13th day of September, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[2]Refers to the court's docket number.

2