UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUAN GARCIA DIAZ, | ) | |
| Petitioner, | ) | 3:04-cv-00527-LRH-VPC |
| vs. | ) | **ORDER** |
| CRAIG FARWELL, *et al.*, | ) | |
| Respondents. | ) | |

Before the court is petitioner's motion for enlargement of time in which to file a reply to the response to his motion for voluntary dismissal and stay and abeyance (docket #50). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including August 17, 2008, in which to file and serve a reply to the response to the motion for voluntary dismissal and stay and abeyance.

DATED this 4th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE