UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUAN GARCIA DIAZ, | ) | |
| Petitioner, | ) | 3:04-cv-00527-LRH-VPC |
| vs. | ) | <u>ORDER</u> |
| CRAIG FARWELL, *et al.*, | ) | |
| Respondents. | ) | |

Before the court is petitioner's second motion for enlargement of time in which to file a reply to the response to his motion for voluntary dismissal and stay and abeyance (docket #52). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including September 16, 2008, in which to file his reply to the response to his motion for voluntary dismissal.

DATED this 29th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE