# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN GARCIA DIAZ, | )<br>) |
| Petitioner, | )  3:04-cv-0527-LRH-VPC<br>) |
| vs. | )  **ORDER**<br>) |
| CRAIG FARWELL, *et al.*, | )<br>) |
| Respondents. | ) |

Before the Court is petitioner's motion for enlargement of time in which to file his reply to the answer to the petition for writ of habeas corpus. (ECF No. 72.) Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. The reply brief shall be filed and served on or before October 7, 2011.

DATED this 9th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE